PROB 12B
(7/93)




## United States District Court

for the

Southern District of New York

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Smith, Dorothy L.          Docket Number: 07 CR-0472-03 (DC)

Name of Sentencing Judicial Officer: Honorable Denny Chin, U.S. District Judge

Date of Original Sentence: January 23, 2008

Original Offense: Health Care Fraud, in violation of 18 U.S.C 1347, A class C felony.

Original Sentence: Three (3) Years Probation.

Type of Supervision: Probation          Supervision Commenced: January 23, 2008

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

**The Defendant Shall Submit His Person, Residence, Office or Vehicle to a Search, Conducted by a United States Probation Officer at Reasonable Time and in a Reasonable Manner, Based upon a Reasonable Suspicion of Contraband or Evidence of a Violation of a Condition of Release; Failure to Submit to a Search May Be Grounds for Revocation, the Defendant Shall Warn Any Other Residents That the Premises May Be Subject to Searches Pursuant to this Condition.**

### CAUSE

This office is respectfully requesting that the Probationer's conditions of supervision be modified as indicated above due to the nature of the instant offense in that she was involved in a scheme that caused GHI to mail payments to her to reimburse her for surgical procedures which were not performed. She engaged in this type of behavior from for about three years prior to being incarcerated for the instant offense. The Probation Department feels that this is an appropriate course of action at this time. In addition, the search condition will serve as a proactive technique that will protect the community in the event of non-compliant behavior.

## SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

She resides at 791 FDR drive, Apartment 7H, New York, NY with her husband and two daughters. She is employed at New York City Health and Hospital Corporation as a clerk for the dental department. Ms. Smith reports as directed and has not sustained any new arrests. She has agreed to the modification of her conditions and has waived his right to a hearing by signing Probation Form 49B. (enclosed)

Respectfully submitted,

by  _____
Marcela Bravo
U.S. Probation Officer
(212) 805-5137

Approved By:

_____      4/8/08
Peter A. Merrigan              Date
Supervising U.S. Probation Officer



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*Judicial Response*

[✓]  Court approves U.S. Probation Officer's modification.

or

[ ]  Other

_____

_____

_____

_____


_____
Signature of Judicial Officer  USDJ

_____
Date  4/10/08

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**The defendant shall submit his/her person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.**

Witness: _____    Signed: _____
U.S. Probation Officer                         Supervised Releasee

_____
2/21/08
DATE